# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CRAIG PETERSEN,**

       Plaintiff,

  vs.                              **CASE NUMBER: 3:11-cv-116 (GTS/VEB)**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**

       Defendant.

| | |
|---|---|
| [ ]  **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [X]  **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 22) is ACCEPTED and ADOPTED in its entirety; and it is further

ORDERED AND ADJUDGED that the case is remanded to the Commissioner for further proceedings consistent with the Report-Recommendation (Dkt. No. 22).

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 25th day of September, 2012.

DATED:    September 25, 2012

*Laurence K. Baerman*
Clerk of Court

s/ L. Welch
Deputy Clerk